UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITYNATIONAL MORTGAGE COMPANY,

                Movant,

      -against-                                                      20-mc-0027 (LAK) (DCF)

LEHMAN BROTHERS HOLDINGS INC.,

                Respondent.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Movant's motion to dismiss Adversary Proceeding No. 18-1819 (SCC), pending in the United States Bankruptcy Court for the Southern District of New York (Dkt 1) is denied, substantially for the reasons set for in the report and recommendation of Magistrate Judge Debra Freeman (Dkt 42).

       SO ORDERED.

Dated:      August 8, 2020

                                                                Lewis A. Kaplan
                                                     United States District Judge